Timothy M Flaherty, Esq. (SBN 99666)
Michael K. Tcheng (SBN 160811)
**CLARK HILL LLP**
505 Montgomery Street, 13th Floor
San Francisco, CA 94111
Telephone:    (415) 984-8500
Facsimile:    (415) 984-8599
Email:   TFlaherty@ClarkHill.com
         MTcheng@ClarkHill.com

Attorneys for Defendant
TRICOPIAN, INC. dba FUEL ROD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDELALIRA JELINKSI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRICOPIAN, INC. DBA FUEL ROD,<br><br>Defendant. | Case No. 3:24-cv-00300-TSH<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT (L.R. 6-1(A))**<br><br>Complaint Filed: January 18, 2024 |

## STIPULATION

Pursuant to Northern District of California Civil Local Rule 6-1(a), this Stipulation is entered into by and between Plaintiff, CANDELALIRA JELINKSI ("Plaintiff") and Defendant, TRICOPIAN, INC. ("Defendant") with reference to the following facts:

WHEREAS, Plaintiff commenced the above captioned case in the United States District Court, Northern District of California, on January 18, 2024.

WHEREAS, Defendant's response to the Complaint is currently due February 12, 2024;

WHEREAS, The Parties are meeting and conferring regarding Plaintiff's Complaint and the Parties agree Defendant may have an extension of thirty days (30) days to file a response to the Complaint, up to and including March 13, 2024;

1    WHEREAS, Defendant has not made a prior request for an extension of time to respond in this action.

2    WHEREAS, the stipulated extension does not affect the initial case management conference or any other existing date or deadline.

3    IT IS SO STIPULATED between Plaintiff and Defendant, by and through their undersigned attorneys, that:

1. The time for Defendant to respond to Plaintiff's Class Action Complaint is extended thirty days (30) days, up to and including March 13, 2024.

Dated:   February 6, 2024            NYE, STIRLING, HALE, MILLER & SWEET, LLP

By:   */s/ Benjamin J. Sweet*
           Benjamin J. Sweet

Attorneys for Plaintiff  CANDELALIRA JELINKSI

Dated:   February 6, 2024            CLARK HILL LLP

By:   */s/ Michael K. Tcheng*
           Michael K. Tcheng
           Timothy M. Flaherty

Attorneys for Defendant TRICOPIAN, INC.
DBA FUEL ROD

I hereby attest that I have obtained concurrence in the filing of this document from Mr. Sweet.

 */s/ Michael K. Tcheng*
     Michael K. Tcheng

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of February, 2024, I will electronically file the foregoing with the Clerk of the Court using CM/ECF system, which will then be sent Electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and electronic copies will be sent by electronic mail to any counsel of record as non-registered participants.

/s/ LYDIA M. BROWN
LYDIA M. BROWN

1   CASE NO.: 3:24-CV-00300-TSH