UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CANDELALIRA JELINKSI,

          Plaintiff,

    v.

TRICOPIAN, INC.,

          Defendant.

Case No.  24-cv-00300-TSH

**ORDER RE: NOTICE OF DISMISSAL**

Re: Dkt. No. 20

Plaintiff Candelalira Jelinski, who is legally blind, brings this putative class action alleging Defendant Tricopian, Inc. dba Fuel Rod violated the ADA by failing to provide auxiliary aids and services.  ECF No. 1.  On September 17, 2024, Plaintiff filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) in which she "dismisses her Complaint with prejudice."  ECF No. 20.  As Defendant has not served an answer or a motion for summary judgment, dismissal under Rule 41 is proper.  However, because Plaintiff's complaint includes allegations on behalf of a class, dismissal of those claims should be without prejudice.  Accordingly, the Clerk is instructed not to terminate this case.  Plaintiff shall file a revised dismissal that dismisses her claims with prejudice and the class claims without prejudice.

    **IT IS SO ORDERED.**

Dated: September 18, 2024

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California