IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDELARIA JELINSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRICOPIAN, INC. DBA FUEL ROD,<br><br>Defendant. | Case No. 3:24-cv-00300-TSH<br>*Assigned to Magistrate Judge Thomas S. Hixson* |

## **REVISED NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

1. Whereas Plaintiff Candelaria Jelenski filed the above-referenced case against Defendant Tricopian, Inc. dba Fuel Rod on January 18, 2024.

2. Whereas Defendant has not yet answered Plaintiff's Complaint, and thus dismissal is appropriate without Court order pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiff dismisses her individual claim with prejudice, and dismisses her class claims without prejudice.

Dated: November 15, 2024         Respectfully Submitted,

*/s/ Jonathan D. Miller*
Jonathan D. Miller (SBN 220848)
jonathan@nshmlaw.com
**NYE, STIRLING, HALE, MILLER & SWEET LLP**
33 West Mission Street, Suite 201
Santa Barbara, California 93101

*Attorneys for Plaintiff Candelaria Jelinski*

## **CERTIFICATE OF SERVICE**

I certify that on the 15th day of November, 2024, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and I also certify that I am providing a copy to those parties not receiving CM/ECF notifications at this time.

*/s/ Jonathan D. Miller*
Jonathan D. Miller
